UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Elliott Richardson,                                   File No. 20-cv-1496 (ECT/HB)

    Plaintiff,

v.                                                                            **ORDER**

Katy Graves; Mark Lazar; Judge Mary
Vasaly, Judge Richard Stebbins; Katz;
Manka, Teplinksi, Graves, and Sobol;
and the Catholic Church,

    Defendants.

---

Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on July 29, 2020. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff's applications to proceed *in forma pauperis* [ECF Nos. 2, 3] are **DENIED AS MOOT.**

## LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: August 18, 2020         s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court